UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/09

CHARLES J. PIVEN and BROWER PIVEN,
a professional corporation formerly known as
The Law Offices of Charles J. Piven, P.A.,

                      Plaintiffs,

-v-

WOLF HALDENSTEIN ADLER
FREEMAN & HERZ L.L.P., *et al.*,

                      Defendants.

No. 08 Civ. 10578 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

      The Court is in receipt Defendants' July 6, 2009 letter, which requests, with Plaintiffs' consent, an extension of time in which to file a reply brief in support of their pending motion to dismiss. Defendants' request is granted. Accordingly, IT IS HEREBY ORDERED THAT Defendants shall file and serve their reply submission by July 17, 2009.

SO ORDERED.

Dated:      June 6, 2009
               New York, New York

                                            RICHARD J. SULLIVAN
                                           UNITED STATES DISTRICT JUDGE