UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/6/10
```

CHARLES J. PIVEN and BROWER PIVEN, a professional corporation formerly known as The Law Offices of Charles J. Piven, P.A.,

                              Plaintiffs,

-v-

WOLF HALDENSTEIN ADLER FREEMAN & HERZ L.L.P., *et al.*,

                             Defendants.

No. 08 Civ. 10578 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    The Court is in receipt of the parties' April 5, 2010 joint letter and proposed case management plan. IT IS HEREBY ORDERED THAT the parties shall appear for a conference on April 9, 2010 at 2:30 p.m. in Courtroom 21C, United States District Court, 500 Pearl Street, New York, New York.

SO ORDERED.

Dated:    April 5, 2010
              New York, New York

                                              RICHARD J. SULLIVAN
                                            UNITED STATES DISTRICT JUDGE